[No. 60066-4-I.   Division One.   April 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY DONALD PACE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02639-4, Richard J. Thorpe, J., entered May 25, 2007. *Remanded* by unpublished per curiam opinion.